AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2026

SEAN F. McAVOY, CLERK

COLIN GEORGE,
           )
   *Plaintiff*      )
     v.     )  Civil Action No.   2:25-CV-00047-RLP
           )
           )
THE UNITED STATES OF AMERICA,

   *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The United States' Renewed Motion for Rule 12(h)(3) Dismissal (ECF No. 39) is GRANTED.
     Mr. George's Motion to Certify (ECF No. 47) is DENIED.
     This matter is DISMISSED without prejudice for lack of subject matter jurisdiction.
     Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge REBECCA L. PENNELL

Date: 06/09/2026       *CLERK OF COURT*

                  s/Sean F. McAvoy

                    *Signature of Clerk*